IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACKY GILBERT,

    Petitioner,

v.                                 Case No. 4:20-cv-135-AW-MAF

RICKY D. DIXON,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation. ECF No. 15. I have also considered de novo the issues raised in Petitioner's timely objection. ECF No. 21. The objection mainly offers reargument, but it also contends that the state 3.850 judge's comments about his familiarity with the case "provides an extreme like[lihood] of judicial bias and a need for independent federal review and an evidentiary hearing." ECF No. 21 at 5-6. This argument was not presented to the magistrate judge and, even if it were, does not change the outcome. For the reasons the magistrate judge sets out, Petitioner has not shown that the state court's decision was contrary to or an unreasonable application of *Strickland*.

It is now ORDERED:

1.    The Report and Recommendation (ECF No. 15) is adopted and incorporated into this order.

2.    Petitioner's objections (ECF No. 21) are overruled.

1

3. The clerk will enter a judgment that says, "The § 2254 petition is denied."

4. A certificate of appealability is DENIED.

5. The clerk will close the file.

SO ORDERED on June 3, 2022.

s/ *Allen Winsor*  
United States District Judge